IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

*FILED BY_____ D.C.*

*05 NOV 21  PM 2:21*

*THOMAS M. GOULD*
*CLERK US DISTRICT COURT*
*W/D TN*

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                    Cr. No.   05-10075-T/An

CRISTINO ORTIZ,

      Defendant.

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on November 21, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

    NAME:         David Hamblen
    ADDRESS:     303 W. Church St.
                   Union City, TN  38261
    TELEPHONE:   (731) 885-5555

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    possession with intent to distribute methamphetamine

Assistant U.S. Attorney assigned to case:  Kitchen

Rule 32 was:  _____ waived  ✓ not waived.

Defendant's age:  *29*

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on *11/23/05*

*10*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CR-10075 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

David L. Hamblen
LAW OFFICES OF DAVID L. HAMBLEN
303 West Church Street
Union City, TN 38261

Honorable James Todd
US DISTRICT COURT